

**COM.**

v.

**BROWN, A.**

3008 EDA 2016

Superior Court of Pennsylvania.

06/14/2017

CP–51–CR–1011511–1979
(Philadelphia)

Affirmed

**M.J.**

v.

**S.G.B.**

3177 EDA 2016

Superior Court of Pennsylvania.

06/14/2017

No. 1832 CV 2014 (Monroe)

Affirmed

**COM.**

v.

**MORRIS, D.**

3416 EDA 2016

Superior Court of Pennsylvania.

06/14/2017

CP–46–CR–0006270–2013 (Montgomery)

Affirmed

**COM.**

v.

**MCCRAE, G.**

3530 EDA 2016

Superior Court of Pennsylvania.

06/14/2017

CP–51–CR–0400421–1997
(Philadelphia)

Affirmed

**IN RE: Z.B., a Minor**

3755 EDA 2016

Superior Court of Pennsylvania.

06/14/2017

2016–00028
(Monroe)

Affirmed

**IN RE: Z.B., a Minor**

3757 EDA 2016

Superior Court of Pennsylvania.

06/14/2017

2016–00029
(Monroe)

Affirmed

